# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: William P. Hathaway  
     Patricia L. Hathaway aka Patricia L Showers

          Debtor(s)

BK NO. 16-03117 RNO

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

          Respectfully submitted,

          **/s/ James C. Warmbrodt, Esquire**  
          James C. Warmbrodt, Esquire  
          KML Law Group, P.C.  
          BNY Mellon Independence Center  
          701 Market Street, Suite 5000  
          Philadelphia, PA 19106  
          215-627-1322